

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARNOLD D. LACOUR AND KIMBERLY PETTIT, | § | No. 08-21-00078-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 10 |
| ANAHI PINEDA AND SERGIO LEYVA, | § | of Bexar County, Texas |
| Appellees. | § | (TC# 2021CV00084) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH OF JUNE, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.